1 | NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
   | JAMES K. SAKAGUCHI (SBN 181010) [jks@viplawgroup.com]
2 | Vista IP Law Group LLP
   | 2040 Main Street, Suite 710
3 | Irvine, California 92614
   | Tel: (949) 724-1849
4 | Fax: (949) 625-8955

5 | Attorneys for Defendants:
   |     Propack Processing & Packaging Systems, Inc.;
6 |     Chris Follows;
   |     ConAgra Foods, Inc.; and
7 |     Hearthside Food Solutions, LLC

8 |                 **UNITED STATES DISTRICT COURT**
   |                **CENTRAL DISTRICT OF CALIFORNIA**
9 |

10 | SUBOTINCIC, ET AL,                | Case No. SACV 13-0066-AG(PJWx)
    |                                   |
    |          Plaintiffs,              | Consolidated with:
11 |                                   |
    |          vs.                      |
12 |                                   |
    | PROPACK, ET AL,                   |
13 |                                   |
    |          Defendants.              |
14 |                                   | Case No. EDCV 13-0757-AG(PJWx)
    | SUBOTINCIC, ET AL,                |
15 |                                   |
    |          Plaintiffs,              |
16 |          vs.                       |
17 |                                   |
    | CONAGRA, ET AL,                   | AND
18 |                                   |
    |          Defendants.              |
19 |                                   |
20 |                                   | Case No. CV 13-4655-AG(PJWx)
    | SUBOTINCIC, ET AL,                |
21 |          Plaintiffs,              |
    |          vs.                      |
22 |                                   |
23 | HEARTHSIDE, ET AL,                |
    |          Defendants.              | ~~PROPOSED~~ **ORDER TO ENTER STANDING**
24 |                                   | **PROTECTIVE ORDER**
    |                                   |
25 |                                   |
26 | THIS DOCUMENT RELATES TO:
    | ALL Actions
27 |

28 |                                   1

1    The parties to this action have agreed to this Court's

2  Standing Protective Order titled "HONORABLE ANDREW J. GUILFORD

3  STANDING PROTECTIVE ORDER" posted on this Court's website, which

4  Order was posted after the commencement of this action.

5    Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

6    This Court's Standing Protective Order titled "HONORABLE

7  ANDREW J. GUILFORD STANDING PROTECTIVE ORDER" posted on this

8  Court's website, is hereby entered.

9

10

11  **IT IS SO ORDERED**

12  Dated: February 27, 2014                      _____

13                                    Hon. Patrick J. Walsh
                                      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2