
Courtesy COPY

```
Ivan Posey, Esq., SBN 196386
(iposey@leechtishman.com)
Alan M. Kindred, Esq., SBN 135145
(akindred@leechtishman.com)
LEECH TISHMAN FUSCALDO & LAMPL, LLP
100 E. Corson Street, 3rd Floor
Pasadena, California 91103
Tel: (626) 796-4000
Fax: (213) 795-6321

Attorneys for Plaintiffs
    Milos Misha Subotincic;
    Subo Automation, Inc.
```

Note changes by Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBOTINCIC, ET AL, <br>     Plaintiffs, <br> vs. <br><br> PROPACK, ET AL, <br>     Defendants. | Case No. SACV 13-0066-AG (PJWx) <br><br> Consolidated with: |
| SUBOTINCIC, ET AL, <br>     Plaintiffs, <br> vs. <br><br> CONAGRA, ET AL, <br>     Defendants. | Case No. EDCV 13-0757-AG (PJWx) <br><br> AND |
| SUBOTINCIC, ET AL, <br>     Plaintiffs, <br> vs. <br><br> HEARTHSIDE, ET AL, <br>     Defendants. | Case No. CV 13-4655-AG (PJWx) <br><br> FINAL JUDGMENT FOR [PROPOSED] ORDER RE: INJUNCTION <br><br> Hon. Andrew Guilford |

THIS DOCUMENT RELATES TO:
**ONLY** SACV 13-0066-AG (PJWx)

BY FAX

1

Plaintiffs and defendants 1) Propack Processing and Packaging Systems, Inc. and 2) Chris Follows ("Defendants"), have filed a Notice of Settlement, and a separate Stipulation Re: Injunction. The Court, having reviewed the Stipulation, hereby enters this Order as agreed to by Plaintiffs and Defendants.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

Defendants Propack Processing and Packaging Systems, Inc., and Chris Follows, shall not manufacture, sell, or offer for sale, in the United States, or import for final destination into the United States, any end effectors that infringe any claim of any of United States Patent Nos. 7,390,040, 8,240,726, and 8,632,294, so long as such Patent(s) is/are unexpired.

This Order is for the corresponding life of each of the above-referenced patents, and does not apply to claims that are found to be invalid or unenforceable with all rights to appeal exhausted.

~~The Court retains jurisdiction over the Plaintiffs and Defendants to enforce the settlement agreement.~~

**IT IS SO ORDERED**

Dated: JUNE 12, 2015

_____
Hon. Andrew J. Guilford
United States District Judge

2